No. 39490.—Protests 876068–G, etc., of Jay Thorpe, Inc., et al. (New York).

Opinion by TILSON, J. The record established that certain items consist of outerwear or other articles in chief value of wool the same as those involved in Abstract 36548. The claim at 50 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

No. 39491.—Protests 182701–G, etc., of I. Magnin & Co. et al. (New York).

Opinion by TILSON, J. Embroidered articles in part of lace similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and embroidered-net veils were held dutiable at 75 percent under paragraph 1430 as claimed.

No. 39492.—Protest 400116–G of Finkelstein & Sons (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39493.—Protests 490629–G, etc., of Bovio Bros. et al. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

No. 39494.—Protests 371353–G, etc., of John Wanamaker (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 39495.—Protests 331555–G, etc., of Coin de Paris et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.